UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at CHATTANOOGA

UNITED STATES OF AMERICA )
)
v. ) 1:25-cr-69
) Judge McDonough/Steger
DILLAN RODRIGUEZ SANTIAGO, )
  also known as Dillan Santiago Rodriguez, )
MARC ALLEN BLAIR, )
JASON LEMKE, )
SARALYN MILLER, )
WILLIAM TREVOR HEATER, )
TREVOR BRENT HAWKINS, )
GUILLERMO ALEMAN MERCADO, )
GERARD JOSEPH BIRK, )
  also known as Tyler Birk, )
COREY DEMOND PETERS, )
TINZELLE MARQUIS BUCHANAN, )
JIMMY WILLIAM PIKE, )
ASHLEY NICOLE RODERICK, )
  and )
STEPHEN WATTENBARGER )

## INDICTMENT

### COUNT ONE

The Grand Jury charges that from in or about December 2023 to on or about April 24, 2025, in the Eastern District of Tennessee and elsewhere, the defendants, DILLAN RODRIGUEZ SANTIAGO, also known as Dillan Santiago Rodriguez, MARC ALLEN BLAIR, JASON LEMKE, SARALYN MILLER, WILLIAM TREVOR HEATER, TREVOR BRENT HAWKINS, GUILLERMO ALEMAN MERCADO, GERARD JOSEPH BIRK, also known as Tyler Birk, COREY DEMOND PETERS, TINZELLE MARQUIS BUCHANAN, JIMMY WILLIAM PIKE, ASHLEY NICOLE RODERICK, STEPHEN WATTENBARGER, and others known and unknown to the Grand Jury, did combine, conspire, confederate and agree to knowingly and intentionally distribute 50 grams or more of methamphetamine and 500 grams or more of a mixture

and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, and 400 grams or more of a mixture and substance containing a detectable amount of N-Phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (Fentanyl), a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A), and 846.

### COUNT TWO

The Grand Jury further charges that on or about December 21, 2023, in the Eastern District of Tennessee, the defendant, JASON LEMKE, did knowingly and intentionally distribute methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

### COUNT THREE

The Grand Jury further charges that on or about January 4, 2024, in the Eastern District of Tennessee, the defendant, JASON LEMKE, did knowingly and intentionally distribute methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

### COUNT FOUR

The Grand Jury further charges that on or about March 1, 2024, in the Eastern District of Tennessee, the defendant, JIMMY WILLIAM PIKE, did knowingly and intentionally possess with intent to distribute 50 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).

### COUNT FIVE

The Grand Jury further charges that on or about March 1, 2024, in the Eastern District of Tennessee, the defendant, JIMMY WILLIAM PIKE, did knowingly and intentionally possess with

intent to distribute 40 grams or more of a mixture and substance containing a detectable amount of N-Phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (Fentanyl), a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).

## COUNT SIX

The Grand Jury further charges that on or about April 11, 2024, in the Eastern District of Tennessee, the defendant, JASON LEMKE, did knowingly and intentionally possess with intent to distribute methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT SEVEN

The Grand Jury further charges that on or about April 11, 2024, in the Eastern District of Tennessee, the defendant, JASON LEMKE, did knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of N-Phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (Fentanyl), a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT EIGHT

The Grand Jury further charges that on or about April 11, 2024, in the Eastern District of Tennessee, the defendants, MARC ALLEN BLAIR, JASON LEMKE and SARALYN MILLER, aided and abetted by each other, did knowingly and intentionally possess with intent to distribute 50 grams or more of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A), and Title 18, United States Code, Section 2.

## COUNT NINE

The Grand Jury further charges that on or about April 11, 2024, in the Eastern District of Tennessee, the defendants, MARC ALLEN BLAIR, JASON LEMKE and SARALYN MILLER, aided and abetted by each other, did knowingly and intentionally possess with intent to distribute 40 grams or more of a mixture and substance containing a detectable amount of N-Phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (Fentanyl), a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B), and Title 18, United States Code, Section 2.

## COUNT TEN

The Grand Jury charges that on or about April 11, 2024, in the Eastern District of Tennessee, the defendant, MARC ALLEN BLAIR, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm, and the firearm was in and affecting interstate and foreign commerce, in violation of Title 18, United States Code, Section 922(g)(1).

## COUNT ELEVEN

The Grand Jury further charges that on or about April 29, 2024, in the Eastern District of Tennessee, the defendant, TREVOR BRENT HAWKINS, did knowingly and intentionally possess with intent to distribute 500 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

## COUNT TWELVE

The Grand Jury further charges that on or about April 29, 2024, in the Eastern District of Tennessee, the defendant, TREVOR BRENT HAWKINS, did knowingly and intentionally

possess with intent to distribute 40 grams or more of a mixture and substance containing a detectable amount of N-Phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (Fentanyl), a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).

## COUNT THIRTEEN

The Grand Jury further charges that on or about April 29, 2024, in the Eastern District of Tennessee, the defendant, TREVOR BRENT HAWKINS, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm, and the firearm was in and affecting interstate and foreign commerce, in violation of Title 18, United States Code, Section 922(g)(1).

## COUNT FOURTEEN

The Grand Jury further charges that on or about May 16, 2024, in the Eastern District of Tennessee, the defendants, TREVOR BRENT HAWKINS and GERARD JOSEPH BIRK, also known as Tyler Birk, aided and abetted by one another, did knowingly and intentionally possess with intent to distribute 50 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B), and Title 18, United States Code, Section 2.

## COUNT FIFTEEN

The Grand Jury further charges that on or about May 16, 2024, in the Eastern District of Tennessee, the defendants, TREVOR BRENT HAWKINS and GERARD JOSEPH BIRK, also known as Tyler Birk, aided and abetted by one another, did knowingly and intentionally possess with intent to distribute 40 grams or more of a mixture and substance containing a detectable amount of N-Phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (Fentanyl), a Schedule II

controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B), and Title 18, United States Code, Section 2.

## COUNT SIXTEEN

The Grand Jury further charges that on or about May 9, 2024, in the Eastern District of Tennessee, the defendant, TINZELLE MARQUIS BUCHANAN, did knowingly and intentionally distribute 50 grams or more of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

## COUNT SEVENTEEN

The Grand Jury further charges that on or about May 9, 2024, in the Eastern District of Tennessee, the defendant, TINZELLE MARQUIS BUCHANAN, did knowingly and intentionally distribute 40 grams or more of a mixture and substance containing a detectable amount of N-Phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (Fentanyl), a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).

## COUNT EIGHTEEN

The Grand Jury further charges that on or about May 16, 2024, in the Eastern District of Tennessee, the defendant, TINZELLE MARQUIS BUCHANAN, did knowingly and intentionally distribute 50 grams or more of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

## COUNT NINETEEN

The Grand Jury further charges that on or about May 16, 2024, in the Eastern District of Tennessee, the defendant, TINZELLE MARQUIS BUCHANAN, did knowingly and intentionally distribute 40 grams or more of a mixture and substance containing a detectable amount of N-Phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (Fentanyl), a Schedule II controlled

substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).

## COUNT TWENTY

The Grand Jury further charges that on or about May 28, 2024, in the Eastern District of Tennessee, the defendant, WILLIAM TREVOR HEATER, did knowingly and intentionally possess with intent to distribute 5 grams or more of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).

## COUNT TWENTY-ONE

The Grand Jury further charges that on or about May 28, 2024, in the Eastern District of Tennessee, the defendant, WILLIAM TREVOR HEATER, did knowingly and intentionally possess with intent to distribute 40 grams or more of a mixture and substance containing a detectable amount of N-Phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (Fentanyl), a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).

## COUNT TWENTY-TWO

The Grand Jury further charges that on or about June 18, 2024, in the Eastern District of Tennessee, the defendant, COREY DEMOND PETERS, did knowingly and intentionally distribute 50 grams or more of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

## COUNT TWENTY-THREE

The Grand Jury further charges that on or about June 18, 2024, in the Eastern District of Tennessee, the defendant, COREY DEMOND PETERS, did knowingly and intentionally distribute 40 grams or more of a mixture and substance containing a detectable amount of N-Phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (Fentanyl), a Schedule II controlled

substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).

## COUNT TWENTY-FOUR

The Grand Jury further charges that on or about July 8, 2024, in the Eastern District of Tennessee, the defendant, COREY DEMOND PETERS, did knowingly and intentionally distribute 50 grams or more of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

## COUNT TWENTY-FIVE

The Grand Jury further charges that on or about July 8, 2024, in the Eastern District of Tennessee, the defendant, COREY DEMOND PETERS, did knowingly and intentionally distribute 40 grams or more of a mixture and substance containing a detectable amount of N-Phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (Fentanyl), a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).

## COUNT TWENTY-SIX

The Grand Jury further charges that on or about August 2, 2024, in the Eastern District of Tennessee, the defendant, COREY DEMOND PETERS, did knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of N-Phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (Fentanyl), a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT TWENTY-SEVEN

The Grand Jury further charges that on or about July 2, 2024, in the Eastern District of Tennessee, the defendant, ASHLEY NICOLE RODERICK, did knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of N-Phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (Fentanyl), a Schedule II controlled

substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT TWENTY-EIGHT

The Grand Jury further charges that on or about July 2, 2024, in the Eastern District of Tennessee, the defendant, ASHLEY NICOLE RODERICK, knowing she had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm, and the firearm was in and affecting interstate and foreign commerce, in violation of Title 18, United States Code, Section 922(g)(1).

## COUNT TWENTY-NINE

The Grand Jury further charges that on or about July 11, 2024, in the Eastern District of Tennessee, the defendant, STEPHEN WATTENBARGER, did knowingly and intentionally distribute methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT THIRTY

The Grand Jury further charges that on or about July 11, 2024, in the Eastern District of Tennessee, the defendant, STEPHEN WATTENBARGER, did knowingly and intentionally distribute a mixture and substance containing a detectable amount of N-Phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (Fentanyl), a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT THIRTY-ONE

The Grand Jury further charges that on or about August 1, 2024, in the Eastern District of Tennessee, the defendant, STEPHEN WATTENBARGER, did knowingly and intentionally possess with intent to distribute 40 grams or more of a mixture and substance containing a detectable amount of N-Phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (Fentanyl), a

Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).

## COUNT THIRTY-TWO

The Grand Jury further charges that on or about July 30, 2024, in the Eastern District of Tennessee, the defendants, DILLAN RODRIGUEZ SANTIAGO, also known as Dillan Santiago Rodriguez, and GUILLERMO ALEMAN MERCADO, aided and abetted by one another, did attempt to knowingly and intentionally distribute 50 grams or more of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A), and 846, and Title 18, United States Code, Section 2.

## COUNT THIRTY-THREE

The Grand Jury further charges that on or about April 24, 2025, in the Eastern District of Tennessee, the defendant, WILLIAM TREVOR HEATER, did knowingly and intentionally distribute a mixture and substance containing a detectable amount of N-Phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (Fentanyl), a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT THIRTY-FOUR

The Grand Jury further charges that on or about April 24, 2025, in the Eastern District of Tennessee, the defendant, WILLIAM TREVOR HEATER, did knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of N-Phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (Fentanyl), a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

# FORFEITURE ALLEGATIONS

The allegations contained in Counts One through Nine, Eleven, Twelve, Fourteen through Twenty-Seven, and Twenty-Nine through Thirty-Four, are hereby realleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 21, United States Code, Section 853, and Title 28, United States Code, Section 2461(c).

Pursuant to Title 21, United States Code, Section 853, upon conviction of an offense in violation of Title 21, United States Code, Sections 841(a)(1) and 846, as set forth in this Indictment, the defendants, DILLAN RODRIGUEZ SANTIAGO, also known as Dillan Santiago Rodriguez, MARC ALLEN BLAIR, JASON LEMKE, SARALYN MILLER, WILLIAM TREVOR HEATER, TREVOR BRENT HAWKINS, GUILLERMO ALEMAN MERCADO, GERARD JOSEPH BIRK, also known as Tyler Birk, COREY DEMOND PETERS, TINZELLE MARQUIS BUCHANAN, JIMMY WILLIAM PIKE, ASHLEY NICOLE RODERICK, and STEPHEN WATTENBARGER, shall forfeit to the United States of America any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offense and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of the offense including, but not limited to, the following:

**Money Judgment:**

    A personal money judgment in favor of the United States, which represents proceeds the defendants personally obtained as a result of an offense in violation of Title 21, United States Code, Sections 841 and 846.

    If any of the property described above, as a result of any act or omission of the defendant:

        a.    cannot be located upon the exercise of due diligence;

        b.    has been transferred or sold to, or deposited with, a third party;

        c.    has been placed beyond the jurisdiction of the court;

d.  has been substantially diminished in value; or

e.  has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

A TRUE BILL.

FOREPERSON OF THE GRAND JURY

FRANCIS M. HAMILTON III
United States Attorney

By: _____
Scott A. Winne
Assistant U.S. Attorney