UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

UNITED STATES OF AMERICA    )
    )
v.    )    No. 1:25-CR-00069-TRM/CHS
    )
GUILLERMO ALEMAN MERCADO    )

## REPORT AND RECOMMENDATION

On May 13, 2026, this Court conducted a plea hearing pursuant to 28 U.S.C. § 636(b). At the hearing, Defendant moved to withdraw his not guilty plea to Count One of the Indictment, to the extent Count One charges conspiracy to distribute 50 grams or more of methamphetamine in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A), and 846, and entered a plea of guilty to said portion of Count One of the Indictment, in exchange for the undertakings made by the Government in the written plea agreement [Doc. 207]. On the basis of the record made at the hearing, this Court finds: (1) Defendant is fully capable and competent to enter an informed plea; (2) Defendant made the plea knowingly and with full understanding of each of the rights he waived; (3) Defendant made the plea voluntarily and free from any force, threats, or promises, apart from the promises in the plea agreement; (4) Defendant understands the nature of the charge and penalties provided by law; and (5) the plea has a sufficient basis in fact.

Therefore, this Court **RECOMMENDS** Defendant's motion to withdraw his not guilty plea to Count One of the Indictment, to the extent Count One charges conspiracy to distribute 50 grams or more of methamphetamine in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A), and 846, be granted; his plea of guilty to said portion of Count One of the Indictment be accepted; the District Judge adjudicate Defendant guilty of the charges set forth in said portion in Count One of the Indictment; and a decision on whether to accept the plea

agreement be deferred until sentencing. This Court further **RECOMMENDS** Defendant remain

in custody until sentencing in this matter. Acceptance of the plea, adjudication of guilt, acceptance

of the plea agreement [Doc. 207], and imposition of sentence are specifically reserved for the

District Judge.

**ENTER**:

s/ _____

MIKE DUMITRU
UNITED STATES MAGISTRATE JUDGE

### NOTICE TO PARTIES

You have the right to *de novo* review of the foregoing findings by the district judge. Any application for review must be in writing, must specify the portions of the findings or proceedings objected to, and must be filed and served no later than fourteen days after the plea hearing. Failure to file objections within fourteen days constitutes a waiver of any further right to challenge the plea of guilty in this matter. *See* 28 U.S.C. § 636(b).

2