# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TENNESSEE
### AT CHATTANOOGA

UNITED STATES OF AMERICA    )
)    Case No. 1:25-cr-00069-TRM/CHS
v.    )
)
)
GUILLERMO ALEMAN MERCADO    )

## ORDER

Magistrate Judge Mike Dumitru filed a report and recommendation recommending that the Court: (1) grant Defendant's motion to withdraw his not guilty plea to Count One in the Indictment, to the extent Count One charges conspiracy to distribute 50 grams or more of methamphetamine in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A), and 846; (2) accept Defendant's guilty plea to said portion of Count One in the Indictment; (3) adjudicate Defendant guilty of the charges set forth in said portion of Count One in the Indictment; (4) defer a decision on whether to accept the plea agreement (Doc. 207) until sentencing; and (5) order that Defendant remain in custody until sentencing in this matter. (*See* Doc. 305.) Neither party filed a timely objection to the report and recommendation. After reviewing the record, the Court agrees with Magistrate Judge Dumitru's report and recommendation. Accordingly, the Court **ACCEPTS** and **ADOPTS** the Magistrate Judge's report and recommendation (Doc. 305) pursuant to 28 U.S.C. § 636(b)(1) and **ORDERS** as follows:

1. Defendant's motion to withdraw his not guilty plea to Count One in the Indictment, to the extent Count One charges conspiracy to distribute 50 grams or

more of methamphetamine in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A), and 846, is **GRANTED**;

2. Defendant's plea of guilty to said portion of Count One in the Indictment is **ACCEPTED**;

3. Defendant is hereby **ADJUDGED** guilty of said portion of Count One in the Indictment;

4. A decision on whether to accept the plea agreement is **DEFERRED** until sentencing; and

5. Defendant **SHALL REMAIN** in custody until sentencing in this matter, which is scheduled to take place on **October 2, 2026, at 9:00 a.m. EST** before the undersigned.

**SO ORDERED.**

/s/ *Travis R. McDonough*
**TRAVIS R. MCDONOUGH**
**UNITED STATES DISTRICT JUDGE**

2